

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Debra Carter,

\* From the 220th District Court
of Comanche County,
Trial Court No. CV16321.

Vs. No. 11-22-00294-CV

\* February 21, 2025

AgAmerica Lending, LLC;
AgAmerica AV1, LLC;
Richard H. Hester; Kelly Goddard;
David Garvin; Michelle Schwartz; and
Foley & Lardner LLP,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate the judgment of the trial court and dismiss this case for want of jurisdiction.